UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CASE NO.: 19-00835
CHAPTER 13 CASE

IN RE:

Nicole Marie Hoffman,

Debtor(s).
_____/

## NOTICE OF WITHDRAWAL OF FILED TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that Freedom Mortgage Corporation hereby withdraws the Transfer of Claim filed on January 27, 2021 [Docket No.60] related to Claim Number 8.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Withdrawal of the filed Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF on this date.

Date:  March 3, 2021

| | |
|---|---|
| NICHOLE MARIE HOFFMAN<br>3806 HEARTHSTONE RD<br>CAMP HILL, PA 17011-1425 | CHARLES J DEHART, TRUSTEE<br>8125 ADAMS DR STE A<br>HUMMELSTOWN, PA 17036-8625 |
| PAUL DONALD MURPHY AHLES<br>DETHLEFS PYKOSH AND MURPHY<br>2132 MARKET ST<br>CAMP HILL, PA 17011-4706 | |

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone:  (954) 453-0365/1-800-441-2438
Facsimile:   (954) 771-6052
reshaundra.suggs@clegalgroup.com

By: */s/ ReShaundra M. Suggs*
ReShaundra M. Suggs