## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Nichole Marie Hoffman<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-00835-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

### MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Nichole Marie Hoffman, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1)      Debtor(s) filed a Chapter 13 Petition on or about March 28, 2019.

2)      Debtor 1 receives regular income from employment with NAPA Transportation which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3)      Debtor 1 wishes to terminate this wage attachment.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

Respectfully submitted,

Date: February 23, 2024

/s/ Nichole Marie Hoffman

Debtor 1

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Nichole Marie Hoffman<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-00835-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$132.46** from each **bi-weekly** paycheck.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Nichole Marie Hoffman<br>    **Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-00835-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, February 23, 2024, I served a true and correct copy of the **Debtor(s)' Motion for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
NAPA Transportation
Attn: Payroll Department
4800 East Trindle Road
Mechanicsburg, PA 17050

<u>Via Electronic Means</u>
Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo US Courthouse
1501 North Sixth Street, 3rd Floor
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire