**Fill in this information to identify the case:**

Debtor 1    <u>NICHOLE MARIE HOFFMAN FKA NICHOLE MARIE REINARD</u>

Debtor 2    <u>  </u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>Pennsylvania</u>

Case number <u>1:19-bk-00835-HWV</u>

---

Form 4100R
# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:**    <u>Freedom Mortgage Corporation</u>     **Court claim no.** (if known): <u>8</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>1158</u>

**Property address:**    <u>3806 HEARTHSTONE RD</u>
                       Number   Street
                       <u>Camp Hill, PA 17011</u>
                       City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: <u>02/01/2024</u>
                                                          MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.   Total postpetition ongoing payments due:                                        (a) $ _____

    b.   Total fees, charges, expenses, escrow, and costs outstanding:                +(b) $ _____

    c.   **Total**. Add lines a and b.                                                            (c) $ _____

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:               _____
                                                                                             MM/DD/YYYY

Debtor 1 NICHOLE MARIE HOFFMAN FKA NICHOLE MARIE REINARD   Case number (if known) 1:19-bk-00835-HWV
       First    Middle    Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon                              Date 02/27/2024
   Signature

Print    Mario Hanyon                                      Title  Attorney
         First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  3825 Forrestgate Dr.
         Number    Street

         Winston-Salem, NC 27103
         City    State    ZIP Code

Contact phone  844-856-6646    Email  PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>NICHOLE MARIE HOFFMAN FKA NICHOLE MARIE REINARD | Case No. 1:19-bk-00835-HWV<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>NICHOLE MARIE HOFFMAN FKA NICHOLE MARIE REINARD ,<br>    Debtor | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Paul Donald Murphy-Ahles, Debtor's Attorney
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

NICHOLE MARIE HOFFMAN
3806 HEARTHSTONE ROAD

CAMP HILL, PA 17011

Date: <u>February 27, 2024</u>

<u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com
