United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                           Case No. 19-00835-HWV

Nichole Marie Hoffman                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

**Recip ID**             **Recipient Name and Address**

               +  NAPA Transportation, Inc., Attn: Payroll Administrator, 4800 East Trindle Road, Mechanicsburg, PA 17050-3617

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PINGORA LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Westlake Financial Services wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor PINGORA LOAN SERVICING  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor PINGORA LOAN SERVICING  LLC mfarrington@kmllawgroup.com |

Paul Donald Murphy-Ahles

    on behalf of Debtor 1 Nichole Marie Hoffman pmurphy@dplglaw.com  kgreene@dplglaw.com

Regina Cohen

    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

Robert Joseph Davidow

    on behalf of Creditor PINGORA LOAN SERVICING  LLC r.davidow@mgplaw.com

Thomas Song

    on behalf of Creditor PINGORA LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Nichole Marie Hoffman
**Debtor 1**

**Chapter** 13

**Case No.** 1:19-BK-00835-HWV

**Matter:** Motion for Termination of Wage Attachment Order

### ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$132.46** from each **bi-weekly** paycheck.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 26, 2024