**Fill in this information to identify the case:**

Debtor 1: Nichole Marie Hoffman

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Middle District of PA (State)

Case number: 1-19-00835

---

Form 4100R

# Response to Notice of Final Cure Payment           10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: Members 1st Federal Credit Union

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 0 0 0 2

Property address: 3806 Hearthstone Road
Camp Hill, PA 17011

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __/__/____

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 6854.94

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 616.71

c. **Total.** Add lines a and b. (c) $ 7471.65

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 03/13/2019

---

| Debtor 1 | Nichole | Marie | Hoffman | Case number (if known) 19-00835 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _/s/ Lynn S Unger_  Date 03/12/2024
Signature

Print: Lynn S Unger   Title: Bankruptcy Specialist

Company: Members 1st Federal Credit Union

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 8893
Camp Hill, PA 17011

Contact phone: (717) 795-5188   Email: Bankruptcy@Members1st.org

Form 4100R — Response to Notice of Final Cure Payment — page 2