United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                            Case No. 19-00835-HWV
Nichole Marie Hoffman                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                Page 1 of 2
Date Rcvd: Apr 23, 2024                          Form ID: fnldec                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nichole Marie Hoffman, 3806 Hearthstone Road, Camp Hill, PA 17011-1425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024                             Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Jack N Zaharopoulos
               TWecf@pamd13trustee.com

Mario J. Hanyon
               on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
               on behalf of Creditor PINGORA LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
               on behalf of Creditor Westlake Financial Services wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario John Hanyon
               on behalf of Creditor PINGORA LOAN SERVICING LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Michael Patrick Farrington
               on behalf of Creditor PINGORA LOAN SERVICING LLC mfarrington@kmllawgroup.com

| | |
|---|---|
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Nichole Marie Hoffman pmurphy@dplglaw.com kgreene@dplglaw.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| Robert Joseph Davidow | on behalf of Creditor PINGORA LOAN SERVICING LLC r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor PINGORA LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Nichole Marie Hoffman,<br>fka Nichole Marie Reinard, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−00835−HWV |

Social Security No.:
        xxx−xx−0426

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 23, 2024

**fnldec** (01/22)